# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'24 JUL 11 PM 4:26
KNB

Junious Nielsen
_____
Plaintiff

v.

Redal Cinemas Inc.
_____
Defendant

3-24CV1774-K
_____
Civil Action No.

## COMPLAINT

Plantiff (Junious nielsen) has an filing suit against Redal
cinemas corporation for violating employment civil
Rights VENRAA, veteran status, & USERRA Acts.
During Junious nielsen time working for Redal
cinemas from 01/01/2016 - 04/01/2016 he was Bullied
and harrased from upper managment for being a vetran
when he took time leave to perform military duties
on 01/09/2016, 01/10/2016, 02/07/2016, 03/05/2016, 03/06/2016.
when Army veteran Junious Nielsen Retured Back from duties
he was fired without given notice. last
Plantiff is seeking compensation damages for his wrongful
termination in the amount of $100,000 (Pain suffering punitive damages).

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 07/11/2024 |
| Signature | _(signature)_ |
| Print Name | Junious Nielsen |
| Address | 4300 Horizon North Pkwy |
| City, State, Zip | Dallas, TX 75287 |
| Telephone | (585) 743-2317 |



**RCES COMMAND** | Start | Reserve/Retiree/Veteran Record | U.S. Army White Pages | Tools | Virtual Muster

cord > Retirement > Points Detail      Welcome :

### Retirement Detail History

Select the Start Date, End Date, Type of Point, or Status column header to sort the report

| Start Date | End Date | Type of Retirement Points | Status | Poin |
|---|---|---|---|---|
| 2016/06/05 | 2016/06/05 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/06/04 | 2016/06/04 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/04/23 | 2016/05/06 | J - ATTENDANCE AT ACTIVE DUTY FORTRAINING | ACTIVE | |
| 2016/04/03 | 2016/04/03 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/04/02 | 2016/04/02 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/03/06 | 2016/03/06 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/03/05 | 2016/03/05 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/02/07 | 2016/02/07 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/01/10 | 2016/01/10 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2016/01/09 | 2016/01/09 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/12/09 | 2015/12/09 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/12/06 | 2015/12/06 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/11/08 | 2015/11/08 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/10/18 | 2015/10/18 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/10/17 | 2015/10/17 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/07/29 | 2015/07/29 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/07/28 | 2015/07/28 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/07/27 | 2015/07/27 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/07/12 | 2015/07/12 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/07/11 | 2015/07/11 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/29 | 2015/05/29 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/28 | 2015/05/28 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/27 | 2015/05/27 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/26 | 2015/05/26 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/25 | 2015/05/25 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/24 | 2015/05/24 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/23 | 2015/05/23 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |
| 2015/05/22 | 2015/05/22 | X - PERFORMANCE OF INACTIVE DUTY TRAINING (IDT) | INACTIVE | |

Sidebar labels: ecord, Retirement Points, ion Packet, Calculator, d Questions, rvice by the U.S. Send suggestions view the security ibility.

(Plantiff) Junias Nielsen
militars (Army) Duties
of militars Leave Dates



2:05 PM ②                              36

Earnings Recor...
secure.ssa.gov

Unavailable

**Employer Name:** REGAL CINEMAS
INC VINCENT FUSCO
**Employer Address:** 101 E BLOUNT
AVE KNOXVILLE, TN 37920-1632
**Employer Identification Number
(EIN):** 62-1412720
**Taxed Social Security Wages:**
$1,535
**Taxed Medicare Wages:** $1,535
**Total Compensation:** $1,535


**Employer Name:** ~~TARGET
CORPORATION %~~ STEVEN LEE
**Employer Address:** ~~7000 TARGET
PKWY N #NC5-0101 BROOKLYN
PARK, MN 55445-4301~~
**Employer Identification Number
(EIN):** ~~41-0215170~~
**Taxed Social Security Wages:** ~~$104~~
**Taxed Medicare Wages:** ~~$104~~
**Total Compensation:** ~~$104~~


Are these earnings incorrec 
employer's information from the ye

Junias
Ntesen
employment
Record
with
Regal.

| Company | Job Title | Duties | Start Date | End Date | Location |
|---|---|---|---|---|---|
| JC Penney | Retail Salespersons | military Cashier, sales, customer service, cleaning | 11/01/2012 | 05/31/2016 | Rochester Rochester New York, , United States |
| McDonalds | Combined Food Preparation and Serving Workers, Including Fast Food | Food Preparation | 09/01/2013 | 12/01/2013 | Greece Rochester New York, , United States |
| Sutherland Global | Customer Service Representatives | Confer with customers by telephone or in person to provide information about products or services, take or enter orders, cancel accounts, or obtain details of complaints. | 06/01/2015 | 12/01/2015 | Wallace Way Rochester New York, , United States |
| Walmart | Cashiers | customer service, stocking, cashier | 07/01/2015 | 12/01/2015 | 315 Dewey Ave Rochester New York, , United States |
| REGAL CINEMAS INC | Cashiers | cashier | 01/01/2016 | 04/01/2016 | 7132 REGAL LN KNOXVILLE Tennessee, , United States |
| SECURITAS | Security Guards | Security-walking around perimeter of | 09/16/2016 | 09/21/2016 | SERVICES USA INC TALX UC4M SERVICES INC/EQUIFAX |

Copy
of
employment
Record

JS 44   (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

3-24CV1774-K

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Junius Nielsen

## DEFENDANTS
Regal Cinemas Inc.

**(b)** County of Residence of First Listed Plaintiff   Dallas County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Knox County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Own Address:
7132 Regal LN Knoxville, TN 37918

RECEIVED
JUL 1 1 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☑ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**　**PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane　☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product　　Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | 　Liability　☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &　　Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| 　& Enforcement of Judgment | 　Slander　　Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'　　Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | 　Liability　☐ 368 Asbestos Personal | | 　New Drug Application | ☐ 470 Racketeer Influenced and |
| 　Student Loans | ☐ 340 Marine　　Injury Product | | ☐ 840 Trademark | 　Corrupt Organizations |
| 　(Excludes Veterans) | ☐ 345 Marine Product　　Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | 　Liability　**PERSONAL PROPERTY** | **LABOR** | 　Act of 2016 | 　(15 USC 1681 or 1692) |
| 　of Veteran's Benefits | ☐ 350 Motor Vehicle　☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle　☐ 371 Truth in Lending | 　Act | **SOCIAL SECURITY** | 　Protection Act |
| ☐ 190 Other Contract | 　Product Liability　☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal　　Property Damage | 　Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | 　Injury　☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | 　Exchange |
| | ☐ 362 Personal Injury -　　Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | 　Medical Malpractice | 　Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**　**PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights　**Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting　☐ 463 Alien Detainee | 　Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | 　Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment　☐ 510 Motions to Vacate | | 　or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/　　Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | 　Accommodations　☐ 530 General | | 　26 USC 7609 | 　Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -　☐ 535 Death Penalty | **IMMIGRATION** | | 　Agency Decision |
| | 　Employment　**Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -　☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | 　State Statutes |
| | 　Other　☐ 550 Civil Rights | 　Actions | | |
| | ☐ 448 Education　☐ 555 Prison Condition | | | |
| | 　☐ 560 Civil Detainee - | | | |
| | 　　Conditions of | | | |
| | 　　Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
38 U.S. Code Chapter 43 Userra act of 1994
Brief description of cause:
Employment discrimination 442

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ $100,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____